UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MATTHEW WALDECKER, Individually and
For Others Similarly Situated,

      Plaintiff,

   v.

EDGEWATER TECHNICAL
ASSOCIATES, LLC

      Defendant

Case No. 1:20-cv-01298-DHU-LF

## **SUPPLEMENTAL ORDER**

THIS MATTER comes before the Court on plaintiff Matthew Waldecker's Opposed Motion to Compel Discovery Responses, filed November 19, 2021. Doc. 38. Defendant Edgewater Technical Associates, LLC ("Edgewater") filed its response on December 3, 2021. Doc. 39. Mr. Waldecker filed his reply on December 17, 2021. Doc. 41. The Court held a hearing on the motion on April 20, 2022. Doc. 53. On April 22, 2022, the Court issued an Order Granting in Part and Denying in Part the motion to compel. Doc. 54. Following entry of that Order, the Court issued a separate Memorandum Opinion and Order Granting plaintiff's Motion for Conditional Certification and Court-Authorized Notice. Doc. 60. In light of the Court's ruling on that motion, the Court now supplements its prior Order Granting in Part and Denying in Part the motion to compel (Doc. 54).

IT IS THEREFORE ORDERED as follows:

1. On or before August 15, 2022, Edgewater shall provide to plaintiff a payroll export from Edgewater's payroll provider which includes the following as to each member of the

collective, for each pay period during the limitations period: (a) employee name; (b) pay date; (c) gross pay per pay period; (d) net pay per pay period; (e) regular hours worked per pay period; (f) overtime hours worked per pay period; (g) any other credited hours per pay period (to include PTO, Holiday, Jury Duty, etc.); (h) total hours credited per pay period; (i) regular wage earnings per pay period; (j) overtime wage earnings per pay period; (k) any other earnings per pay period (to include PTO, Holiday, Jury Duty, etc.); (l) total earnings; and (m) deductions per pay period.

2. This Supplemental Order supplements but does not supersede ECF Document Number 54.

_____
Laura Fashing
United States Magistrate Judge